```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 23879
   RALPH W LOTZ
   FRANCESCA M LOTZ                           CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-8218    SSN XXX-XX-0069
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/15/05 and confirmed on 08/05/05.

   2.  The case was converted to Chapter 7 after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $  13653.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ADVANCED PHYSICIANS GROU | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2255.35 | .00 | 217.37 |
| BECKET & LEE LLP | UNSECURED | 9005.38 | .00 | 869.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 9583.00 | .00 | 923.61 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2975.46 | .00 | 286.94 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 643.40 | .00 | 61.93 |
| CAPITAL ONE BANK | UNSECURED | 2963.65 | .00 | 285.62 |
| CHASE BANK | UNSECURED | 6932.02 | .00 | 668.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 16288.16 | .00 | 1570.60 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FAIRVIEW DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 12048.21 | .00 | 1161.27 |
| FRY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3664.38 | .00 | 353.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19196.25 | .00 | 1851.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 35440.63 | .00 | 3417.48 |
| NATIONAL CITY BANK | FILED LATE | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5139.00 | .00 | 482.82 |
| BECKET & LEE LLP | UNSECURED | 1893.04 | .00 | 182.75 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |

              Summary of disbursements:
---

```
                 SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00     128027.93          .00      128027.93
PRINCIPAL PAID        .00          .00      12332.35          .00       12332.35
INTEREST PAID         .00          .00           .00          .00            .00
TOTAL PAID            .00          .00      12332.35          .00       12332.35
```

The Debtor's attorney, ROBERT V SCHALLER                , was allowed $   2700.00
and was paid $    1974.00   direct and $     726.00   through the plan.

The Trustee received $     594.65 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE